UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 21-01847-DOC-(KESx) | Date | December 14, 2021 |
|---|---|---|---|
| Title | Michael C. Keo v. La Libertad Investments, LLC, et al. | | |

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Karlen Dubon | None Present | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

　　The Court, on its own motion, hereby ORDERS Plaintiff's counsel to appear before this Court on **December 17, 2021, at 7:30 a.m.,** to show cause why this action should not be dismissed for lack of prosecution. As an alternative to a court appearance, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X　　Answer to the Complaint;
X　　Request for Entry of Default; or
X　　Notice of Voluntary Dismissal (F.R.Civ.P. 41)

　　Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.   Fed. R. Civ. P 4(m).   The Court may dismiss the entire action prior to the expiration of such time, however, if plaintiff has not diligently prosecuted the action.

　　It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.   If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.   All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

　　If the one of the three appropriate responses listed above is filed by **12:00 PM on December 16, 2021**, the hearing will be vacated and the Order to Show Cause will be discharged.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　-　　　:　　-
　　　　　　　　　　　　　　　　　　　　　　Initial of Deputy Clerk   kdu