**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. KEO, an individual, | Case No.: 8:21-cv-01847-DOC-KES |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| LA LIBERTAD INVESTMENTS, LLC, a limited liability company; | Honorable David O. Carter presiding |
| Defendants. | |

# JUDGMENT

On February 21, 2022, the Court entered an order granting plaintiff Michael C. Keo ("Plaintiff") motion for default judgment against Defendant LA LIBERTAD INVESTMENTS, LLC ("Defendant").  Consequently,

## IT IS ORDERED AND ADJUDGED

1. That Plaintiff recover $3,200.00 in attorney's fees from Defendants;
2. That Plaintiff recover $462.00 in costs from Defendant;
3. That Plaintiff recover $4,000.00 in statutory damages from Defendant;
4. That Defendant is enjoined to ensure that accessible barriers are the Property located at 11098 Atlantic Ave., Lynwood, California 90262 (the "Property"), are removed and/or corrected, including but not limited to ensuring that accessible parking and pathways at the Property are accessible;
5. That the action be, and is hereby dismissed.

Dated: January 24, 2022

*/s/ David O. Carter*

Honorable David O. Carter
United States District Court Judge